UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS E. MCPHAIL | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 5:19-cv-350-FL |
| FRESENIUS HEALTH PARTNERS, INC. | ) | |
| *d/b/a Fresenius Care Naviation Network* | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 10, 2019, and for the reasons set forth more specifically therein, that this action is dismissed WITHOUT PREJUDICE and plaintiff's motion for TRO and preliminary injunction is DENIED.

**This Judgment Filed and Entered on September 10, 2019, and Copies To:**
Douglas E. McPhail (via US mail) 615 Kellam Circle, Fayetteville, NC 28311

September 10, 2019              PETER A. MOORE, JR., CLERK

                                  /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk